E-FILED 10/19/16
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEN-MAT HOLDINGS, LLC, | Case No: CV15-5716-PSG-JEM |
|         Plaintiff, | |
|     v. | |
| CAO GROUP, INC., | |
|         Defendant. | |
| CAO GROUP, INC., | |
|         Third-Party Plaintiff, | |
|     v. | |
| DISCUS DENTAL, LLC, | |
|         Third-Party Defendant. | |

**[PROPOSED] ORDER OF DISMISSAL**

Based upon the parties' stipulation of dismissal, IT IS HEREBY ORDERED that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

Dated:  October ___19___, 2016          BY THE COURT:

## PHILIP S. GUTIERREZ

Hon. Philip S. Gutierrez